# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re:  JULES A. VALLESTEROS                                           Case No.: 08-31477
        MINDA J VALLESTEROS
                Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

RUSSELL D. GREER, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on  08/18/2008.
2) The plan was confirmed on  10/14/2008.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  06/30/2009.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  04/01/2013.
6) Number of months from filing or conversion to last payment:  56.
7) Number of months case was pending:  58.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  49,525.00.
10) Amount of unsecured claims discharged without full payment:  12,474.68.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $215,556.67 | |
| Less amount refunded to debtor: | $1,417.56 | |
| **NET RECEIPTS:** | | $214,139.11 |

**Expenses of Administration:**
| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,500.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $11,628.27 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $14,128.27 |

Attorney fees paid and disclosed by debtor:   $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN CREDIT SERVICE | Unsecured | 219.97 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FINANCE | Unsecured | 3,714.74 | 6,374.17 | 6,374.17 | 6,374.17 | .00 |
| BAC HOME LOAN SERVICING LP/BK DE | Secured | NA | .00 | .00 | .00 | .00 |
| BAC HOME LOAN SERVICING LP/BK DE | Unsecured | 74,000.00 | 75,959.52 | 75,959.52 | 75,959.52 | .00 |
| BSI FINANCIAL SERVICES INC | Secured | NA | 101,973.37 | 101,973.37 | 101,973.37 | .00 |
| BSI FINANCIAL SERVICES INC | Secured | NA | .00 | .00 | .00 | .00 |
| BSI FINANCIAL SERVICES INC | Secured | 11,023.00 | 10,098.45 | 10,098.45 | 10,098.45 | .00 |
| CENTRAL FINANCIAL CONTROL | Unsecured | 607.64 | NA | NA | .00 | .00 |
| CENTRAL VALLEY IMAGING | Unsecured | 137.00 | NA | NA | .00 | .00 |
| CENTRAL VALLEY IMAGING | Unsecured | NA | NA | NA | .00 | .00 |
| CYPRESS COLLECTION SERVICES | Unsecured | 138.14 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re:  JULES A. VALLESTEROS                                          Case No.:  08-31477
       MINDA J VALLESTEROS
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FINANCIAL CENTER CREDIT UNION | Unsecured | NA | NA | NA | .00 | .00 |
| FINANCIAL CENTER CREDIT UNION | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| GOLDEN STATE COLLECTIONS | Unsecured | 157.66 | 149.74 | 149.74 | 149.74 | .00 |
| KAISER FOUNDATION HOSPITAL | Unsecured | 165.25 | NA | NA | .00 | .00 |
| KAISER PERMANENTE | Unsecured | 1,510.00 | NA | NA | .00 | .00 |
| LIGHTHOUSE RECOVERY ASSOCIATES | Unsecured | 1,799.19 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 986.97 | 1,032.21 | 1,032.21 | 1,032.21 | .00 |
| NATIONWIDE RECOVERY SERVICE | Unsecured | 1,624.84 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 2,242.25 | NA | NA | .00 | .00 |
| OFFICE OF THE US TRUSTEE | Unsecured | NA | NA | NA | .00 | .00 |
| POLK PROBER & RAPHAEL | Unsecured | NA | NA | NA | .00 | .00 |
| RELIABLE ADJUSTMENT BUREAU INC | Unsecured | 836.74 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 672.33 | 725.17 | 725.17 | 725.17 | .00 |
| RETAIL SERVICES/LEVITZ | Secured | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 386.81 |
| RETAIL SERVICES/LEVITZ | Unsecured | NA | .00 | .00 | .00 | .00 |
| SHABBIR A KHAN | Secured | 3,119.12 | .00 | .00 | .00 | .00 |
| THE HOME DEPOT | Unsecured | 1,761.67 | NA | NA | .00 | .00 |
| UNION BANK OF CALIFORNIA | Unsecured | 912.93 | 750.97 | 750.97 | 750.97 | .00 |
| UNION BANK OF CALIFORNIA | Unsecured | NA | 560.43 | 560.43 | 560.43 | .00 |
| USCB INC | Unsecured | NA | NA | NA | .00 | .00 |
| USCB INC | Unsecured | 165.25 | NA | NA | .00 | .00 |
| VALLEY OAK DENTAL GROUP | Unsecured | 633.37 | NA | NA | .00 | .00 |
| VALLEY OAK DENTAL GROUP | Unsecured | 633.37 | NA | NA | .00 | .00 |

Case 08-31477    Filed 06/19/13    Doc 88

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: JULES A. VALLESTEROS  
MINDA J VALLESTEROS  
Debtor(s)

Case No.: 08-31477

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILSHIRE CREDIT CORP | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 101,973.37 | 101,973.37 | .00 |
| Mortgage Arrearage: | 10,098.45 | 10,098.45 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 2,000.00 | 2,000.00 | 386.81 |
| **TOTAL SECURED:** | 114,071.82 | 114,071.82 | 386.81 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 85,552.21 | 85,552.21 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $14,128.27 |
| Disbursements to Creditors: | $200,010.84 |
| **TOTAL DISBURSEMENTS:** | $214,139.11 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/18/2013    By: /s/RUSSELL D. GREER  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.